STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

RENE MARTINEZ GONZALEZ　　　　　　　　Case No. 10-11163-BKT

　　　　　　　　　　　　Chapter 13　　Attorney Name: MARILYN VALDES ORTEGA*

## I. Appearances

Debtor　　　　　　　　[✓] Present　[ ] Absent
Joint Debtor　　　　　[ ] Present　[ ] Absent
Attorney for Debtor　　[✓] Present　[ ] Absent
[ ] Pro-se
[ ] Substitute  _Att. Rodriguez_

Date: January 04, 2011
Time: _1:40 PM_　Track: _____
[✓] This is debtor(s) _1st_ Bankruptcy filing.
Liquidation Value: _$89,408.00_
Creditors _Herrera - BPPR_

## II. Oath Administered
[✓] Yes　　　　[ ] No

## III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
　　[ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[✓] State Tax Returns _06-09_ [✓] Returned
[ ] Federal Tax Returns _____ [ ] Returned
[ ] Evidence of income (60 days prior to petition)

## IV. Status of Meeting　[✓] Closed　　[ ] Not Held　　[ ] Continued _____ at _____

## V. Trustee's Report on Confirmation

[ ] FAVORABLE
[✓] UNFAVORABLE

[ ] Feasibility
[ ] Insufficiently funded
[ ] Unfair discrimination　　_insuff. funded_
[✓] Fails liquidation value test　_to pay 100 %ls_
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)

_____
_____

[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ] Tax returns missing
　　[ ] State - years _____
　　[ ] Federal - years _____

[ ] No DSO certificate (Post-petition)
[ ] Evidence of income
　　[ ] Missing　[ ] Incomplete
[ ] Stmt. of Current Monthly Income
　　[ ] Incomplete　[ ] Missing
　　[ ] Fails commitment period　[ ] Fails Disp. Income
[ ] Certificate of Credit briefing
　　[ ] Missing　[ ] More than 180 days
　　[ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

RENE MARTINEZ GONZALEZ       Case No. 10-11163-BKT

                 Chapter 13    Attorney Name: MARILYN VALDES ORTEGA*

VI. Plan  (Cont.)
Date: November, 30, 2010  Base $ 41,700.00  [X] Filed   Evidence of Pmt shown: _____
Payments __1__ made out of __1__ due.  [ ] Not Filed

VII. Confirmation Hearing Date: January, 28, 2011

VIII. Attorney's fees as per R. 2016(b)
$3,000.00 - $ 100.00 = $ 2,900.00

IX. Documents to be provided w/in ____ days

[ ] Amended schedules _____
[ ] Insurance estimate
_____
[ ] Assumption/Rejection executory contract

[ ] Appraisal _____

[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
    [ ] Debtor  [ ] Joint debtor
[ ] Other:
_____

[ ] Amended S.O.F.A. _____
[ ] Amended plan
[ ] Business Documents
    [ ] Monthly reports for the months

[ ] Public Liability Insurance
    [ ] Premises_____
    [ ] Vehicle(s)_____
[ ] Licenses issued by:

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other:_____

## COMMENTS

① Debtor testified that, if necessary, his family can help him to pay this bankruptcy.

_____
Trustee/Presiding Officer

Date: January 04, 2011
      (Rev.