IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF  PUERTO RICO

IN RE:

RENE MARTINEZ GONZALEZ

|                    |         |              |
|--------------------|---------|--------------|
| CASE               |         | 10-11163-BKT |
| CHAPTER 13         |         |              |

DEBTOR(S)

**TRUSTEE'S REPORT ON CONFIRMATION**

1. A meeting of creditors pursuant to Section 341 was held on **January 04, 2011**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate has been determined to be: $89,408.

3. With respect to the attached payment plan:

AMENDED PLAN DATE:  January 12, 2011          PLAN BASE: $48,080.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 1/12/2011

☐ FAVORABLE                                    ☒ UNFAVORABLE

1. ☐ FEASIBILITY 11 USC § 1325(a)(6):

2. ☒ INSUFFICIENTLY FUNDED § 1325(b) :

   to pay 100% plus 6% to general unsecured creditors.

3. ☐ UNFAIR DISCRIMINATION § 1322(b):

4. ☐ FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

5. ☐ FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. ☐ DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. ☐ OTHER:

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of  which has been served upon counsel for  debtor(s). Copies
        are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$100.00/$2,900.00

Atty:  MARILYN VALDES ORTEGA*

/s/ Osmarie Navarro Martínez

Osmarie Navarro Martínez
USDC # 222611
  For:
  **ALEJANDRO OLIVERAS RIVERA**
  Chapter 13 Trustee
  PO Box 9024062, Old San Juan Station
  San Juan PR 00902-4062