**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO**

IN RE:

CASE NO. 10-11163 BKT

Chapter 13

RENE  MARTINEZ GONZALEZ

XXX-XX-9042

Debtor(s)

**MINUTES OF FAST TRACK HEARING ON CONFIRMATION OF PLAN,
ORDER AND NOTICE**

1.  Plan dated: **01/12/2011**  (Docket no. **12**) is not confirmed.

___ The §341 meeting of creditors was continued to _____ at ___.

2.  Hearing on Confirmation is continued to:  **04/28/2011 at 09:00 A.M.,** US
POST OFFICE AND COURTHOUSE BLDG, 300 RECINTO SUR STREET, COURTROOM 3
THIRD FLOOR, SAN JUAN, PR. Deadline to Object to Confirmation of the
Plan:  Objections must be filed not later than ten (10) days prior the
hearing on confirmation as per P.R. Local Rule 3015-2(e)(1).

3.  **OTHER:**


                                    /S/Brian K. Tester
                                    U.S. Bankruptcy Judge


Date: **01/28/2011**                    BY:  /S/Inecita Collazo
                                         Courtroom Deputy